**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TERRENCE G. DASH,

    Plaintiff,

vs.                                                   CASE NO. 6:07-CV-1200-ORL-19GJK

MAEWEATHERS TRANSPORTATION,
INC. and MICHAEL MAEWEATHERS,

    Defendants.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 27, filed August 9, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 27) is **ADOPTED and AFFIRMED.** The Joint Motion to Reopen This Action and Motion for Approval of Settlement (Doc. No. 24, filed August 1, 2008) is **GRANTED.** The Settlement Agreement is **APPROVED** only to the extent it is a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This case is **DISMISSED WITH PREJUDICE** and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___21st___ day of August, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record